JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRYAN J. S., | ) NO. EDCV 21-1447-KS |
|         Plaintiff, | ) |
|    v. | ) JUDGMENT |
| KILOLO KIJAKAZI, Acting Commissioner of Social Security, | ) |
|         Defendant. | ) |

    Pursuant to the Court's Memorandum Opinion and Order, IT IS ADJUDGED that the decision of the Commissioner of the Social Security Administration is affirmed and the above-captioned action is dismissed with prejudice.

DATE: March 3, 2023

                                                        _____
                                                          KAREN L. STEVENSON
                                            UNITED STATES MAGISTRATE JUDGE